A04A2289. CAMP v. COWETA COUNTY et al.
(635 SE2d 234)

ANDREWS, Presiding Judge.

In *Camp v. Coweta County*, 280 Ga. 199 (625 SE2d 759) (2006), the Supreme Court reversed Division 2 of this Court's opinion in *Camp v. Coweta County*, 271 Ga. App. 349 (609 SE2d 695) (2005).[1] Therefore, we vacate Division 2 only of our earlier opinion and adopt the opinion of the Supreme Court as our own in its place.

*Judgment affirmed and appeal dismissed in part. Miller and Ellington, JJ., concur.*

DECIDED JULY 31, 2006.

*Donald C. Evans, Jr.*, for appellant.

---

[1] The Supreme Court expressed "no opinion regarding any other issue addressed by the Court of Appeals, including the ante litem notice issue addressed in Division 3 of that opinion. *Camp*, 271 Ga. App. at 354. Accordingly, that Division is hereby affirmed. [Cit.]" *Camp*, 280 Ga. at 204, n. 13.

*Thurbert E. Baker, Attorney General, Richard V. Merritt, Assistant Attorney General, Hawkins & Parnell, Stephen C. Collier, H. Lane Young II, Brenda Godfrey, for appellees.*